## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | September 27, 2013 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER:** | CV-13-27 (WFK) |
| **NAME OF CASE:** | HOCKENJOS V. THE CITY OF NEW YORK ET AL |
| **FOR PLAINTIFF(S):** | Schutty |
| **FOR DEFENDANT(S):** | Wachs for City and related defendants; DiFiore for Pal; Palacios pro se |
| **NEXT CONFERENCE(S):** | DECEMBER 19, 2013 AT 11:00 A.M., IN-PERSON (See Rulings Below) |

**RULINGS FROM STATUS CONFERENCE:**

Represented parties will serve interrogatories and document demands by October 11.

Defendant Palacios will serve interrogatories and document demands by October 25.

Fact discovery will be completed by April 15.

Plaintiff will serve expert disclosures by May 15, and defendants will conduct any examinations of plaintiff and serve expert reports by July 15.

Expert discovery will conclude by October 1.

**NEXT CONFERENCE: DECEMBER 19, 2013 AT 11:00 A.M.** The parties shall be prepared:

(1) to state their respective positions on settlement, with principals with full decision-making authority (up to the amount last demanded for defendants, down to the amount last offered for plaintiffs) present or available by telephone,

(2) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and

(3) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment. Counsel are encouraged to file an application to schedule a settlement conference on an earlier date if they believe it might be productive to do so.

(**FTR 10:55-11:37**)