# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | January 10, 2014 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER:** | CV-13-27 (WFK) |
| **NAME OF CASE** | HOCKENJOS V. THE CITY OF NEW YORK ET AL |
| **FOR PLAINTIFF(S):** | Schutty |
| **FOR DEFENDANT(S):** | DeFiore for Pal with Pal present; Palacio, pro se; Wachs for NYC and all other individual defendants |
| **NEXT CONFERENCE(S):** | FEBRUARY 28, 2014 AT 10:00 A.M. BY TELEPHONE (See Rulings Below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

The parties are encouraged to continue their efforts to complete document and interrogatory discovery, and to consider the City's suggestion that expert discovery proceed before fact discovery.

In light of the difficulties described on the record today by plaintiffs' counsel, deposition discovery is stayed pending further order of the Court.

THE COURT WILL HOLD A TELEPHONE CONFERENCE AT 10:00 AM ON FEBRUARY 28, 2014. COUNSEL FOR THE CITY WILL ARRANGE THE CONFERENCE CALL.  The Court expects that plaintiffs' counsel will report on his progress addressing the issues raised today.

(**FTR 11:03-11:17**)