UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

John Hockenjos, Jr. and Irina Paramonova,

                                                      Plaintiffs,

          -against-

The City of New York, Police Officer Diego Palacios, Sergeant Victor Pal, Police Officer Graham Brathwaite, Police Officer John Foley, Police Officer Osvildo Marcillo, Police Sergeant Angelica Amaya, Police Officer Yevgeniy Bushuyev, Police Commissioner Raymond W. Kelly, Deputy inspector Georgios Mastrokosatas, and various John/Jane Does, individually and in their official capacities as employees of the City of New York who are/were members of the police department of the City of New York,

                                                      Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-0027 (AMD) (SMG)

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

John Hockenjos, Jr. and Irina Paramonova Hockenjos,

                                                      Plaintiffs,

          -against-

The City of New York, Police Officer Diego Palacios, Sergeant Victor Pal, Police Officer Graham Brathwaite, Police Officer John Foley, Police Officer Osvildo Marcillo, Police Sergeant Angelica Amaya, Police Officer Yevgeniy Bushuyev, Police Officer Benjamin Go, Sergeant Joseph LaManno, Police Sergeant Joel Doseau, Police Lieutenant Francis Morrisey, and "John Doe #1-10, Individually and in their official capacity (the name John Doe being fictitious, as the true names are presently unknown) and Argo Paumere, individually and in his official capacity,

                                                      Defendants..
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-0095 (AMD)(SMG)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        11/30, 2015

COHEN & FITCH LLP
*Attorneys for Plaintiffs*
233 Broadway- Suite 1800
New York, New York 10279

By: _____
Joshua Fitch, Esq.
*Attorney for Plaintiffs*

By: _____
Diego Palacios
*Defendant Pro Se*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Lamanno, Brathwaite, Foley, Marcillo, Amaya, Bushuyev, Doseau, Morrisey, Kelly, Mastrokostas*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Melissa Wachs
*Senior Counsel*

THE QUINN LAW FIRM
*Attorney for Defendant Pal*
399 Knollwood Road, Suite 220
White Plains, New York 10603

By: _____
Anthony DiFiore, Esq.
*Attorney for Defendant Pal*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015